# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| Justin D Wika, | ) | Judge Peter D Welte |
|  | ) | Magistrate Judge Alice Senechal |
| Plaintiff, | ) |  |
|  | ) | CASE NO. 3:25-cv-00139-PDW-ARS |
|  | ) |  |
| v. | ) |  |
|  | ) | **NOTICE OF SETTLEMENT** |
| Midland Credit Management, Inc, | ) | **WITH MIDLAND CREDIT** |
|  | ) | **MANAGEMENT, INC.** |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant have settled all asserted claims between them. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: October 15, 2025

**MINNDAK LAW**

/s/Catrina Smith
Catrina Smith  (#0403229)
625 Main Ave, Suite 152
Moorhead, MN 56560
701.840.6993
csmith@minndaklaw.com
ATTORNEY FOR PLAINTIFF

1

00255-Wika