**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| Justin D. Wika, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| vs. | ) | **OF DISMISSAL** |
| | ) | |
| Midland Credit Management, Inc., | ) | |
| | ) | Case No. 3:25-cv-139 |
| Defendant. | ) | |

Plaintiff Justin D. Wika and Defendant Midland Credit Management, Inc. filed a joint stipulation of dismissal. Doc. 14. The Court **ADOPTS** the stipulation (Doc. 14) in its entirety and **ORDERS** the action dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 6th day of November, 2025.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court